**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROBERT D. TURNER, III, <br> Plaintiff, | § § § | |
| VS. | § § | NO. 2:12-cv-588 <br> (JURY) |
| AKZO NOBEL PAINTS, LLC, <br> Defendant. | § § § | |

## Order of Dismissal With Prejudice

ON THIS DAY, the above-styled and numbered cause came on for consideration, the plaintiff, by and through his attorney of record, and the defendant, by and through its attorney of record, and announced that all matters in controversy have been settled herein, and that this case should be dismissed with prejudice to the parties' right to refile same.

IT IS THEREFORE ORDERED, that the above-styled and numbered cause and all claims and counterclaims are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED, that costs of court and fees are taxed against the party incurring the same.

IT IS FURTHER ORDERED, that all relief not granted herein is denied.

**So ORDERED and SIGNED this 4th day of November, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE